FILED
CLERK, U.S. DISTRICT COURT
APR 3 0 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAKA SENEGAL MUHAMMAD,<br><br>Petitioner,<br><br>v.<br><br>BOARD OF PRISON TERMS COMMISSONERS,<br><br>Respondents. | No. CV-07-3028-VAP (JWJ)<br><br>JUDGMENT |

Pursuant to the Order of the Court adopting the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

IT IS ADJUDGED that Judgment be entered granting the motion to dismiss and dismissing the Petition.

DATED: April 30, 2008

_____
VIRGINIA A. PHILLIPS
United States District Judge